AP-77,060

CAUSE NO.: **D-1-DC-12-201718**

THE STATE OF TEXAS
VS.
**BRANDON MONTGOMERY DANIEL**

IN THE DISTRICT COURTS
OF TRAVIS COUNTY, TEXAS
**403RD JUDICIAL DISTRICT COURT**

# DISTRICT CLERK'S INFORMATION SHEET

**THE FOLLOWING INFORMATION HAS BEEN COMPILED BY THE DISTRICT CLERK'S OFFICE:**

Date of sentencing or order appealed from:  **JUNE 19, 2015**

Date Motion for New Trial filed:

Name of Judge who entered judgment: **JUDGE BRENDA P. KENNEDY**

Name of Court Reporter: **ROXANNE DAVENPORT**

Court Reporter's Address: **P. O. BOX 1748, AUSTIN, TEXAS 78767**

Name of Defense Attorney: **ROBERT ROMIG**

Defense Attorney's Address:
**1700 N. CONGRESS AVE. SUITE 460
AUSTIN, TX 78701
BUSINESS PHONE:(512)463-8600  FAX:(512)463-8590**

Defense Attorney on Appeal is: **APPOINTED**

Name and address of State's Attorney:
**ROSEMARY LEHMBERG     509 WEST 11TH STREET, AUSTIN TEXAS 78701**

Offense Charged:

Offense Convicted: **CAPITAL MURDER**

Defendant's Plea:

Punishment Assessed:

Punishment Assessed By:

Punishment Assessed Enhanced by Prior Convictions:

Defendant Incarcerated: **YES**

Appeal Bond Set at: **NONE**

Type Appeal Bond Posted: **N/A**

Date Notice of Appeal filed:**JULY 28, 2015**

DATE CLERK'S RECORD DUE AT COURT OF APPEALS:

**FILED IN
COURT OF CRIMINAL APPEALS

AUG 0 3 2015

Abel Acosta, Clerk**

C21 - 000001077

**RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 3 1 2015

Abel Acosta, Clerk**

## IN THE 403RD DISTRICT COURT
## TRAVIS COUNTY, TEXAS

EX PARTE                )       Cause No.
Brandon Daniel,       )       D-1-DC-12-201718
      APPLICANT    )
                     )
                     )
                     )

## NOTICE OF APPEAL

OFFICE OF CAPITAL WRITS
ROBERT ROMIG (No. 24060517)
(E-mail: Robert.Romig@ocw.texas.gov)
JEREMY SCHEPERS (No. 24084578)
(E-mail: Jeremy.Schepers@ocw.texas.gov)
ASHLEY STEELE (No. 24089245)
(E-mail: Ashley.Steele@ocw.texas.gov)
Post-Conviction Attorneys
Office of Capital Writs
1700 N. Congress Ave., Suite 460
Austin, Texas 78701
(512) 463-8600
(512) 463-8590 (fax)

Attorneys for Applicant

Filed In The District Court
of Travis County, Texas
on___7-28-15___
at___4:00___M.
Velva L. Price, District Clerk

## IN THE 403RD DISTRICT COURT
## TRAVIS COUNTY, TEXAS

|                      |   |                    |
|----------------------|---|--------------------|
| **EX PARTE**         | ) | Cause No.          |
| **Brandon Daniel,**  | ) | **D-1-DC-12-201718** |
| **APPLICANT**        | ) |                    |
|                      | ) |                    |
|                      | ) |                    |

## NOTICE OF APPEAL

The Office of Capital Writs gives notice that it appeals this Court's order in the above-numbered cause withdrawing its appointment as counsel to Brandon Daniel. This appeal is taken to the Court of Criminal Appeals, pursuant to Article 44.02 of the Texas Code of Criminal Procedure and Rules 25.2 and 31.1 of the Texas Rules of Appellate Procedure.

Respectfully submitted,

DATED:    July 22, 2015

By _Robert Romig_
Robert Romig
Office of Capital Writs

1

## CERTIFICATE OF SERVICE

I, the undersigned, declare and certify that I have served the foregoing Notice of Appeal to:

District Clerk
Travis County Courthouse
P.O. Box 679003
Austin, TX 78767-9003

Judge Brenda Kennedy
403rd District Court
P.O. Box 1748
Austin, TX 78767

Travis County District Attorney
c/o Lisa Stewart
P.O. Box 1748
Austin, Texas 78767

Brandon Daniel
TDCJ # 999589
TDCJ Polunsky Unit
3872 FM 350 South
Livingston, TX 77351

This certification is executed on July 22, 2015, at Austin, Texas.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
Robert Romig

2